IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

WILLIE HAMPTON                                                                    MOVANT

v.                                                                                   No. 2:00CR94-P

UNITED STATES OF AMERICA                                                     RESPONDENT

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant motion to vacate, set aside, or correct Willie Hampton's sentence is hereby **DENIED.** As all proof necessary to the resolution of the issues in this motion are contained in the record, Willie Hampton's motion for an evidentiary hearing is hereby **DENIED.**

**SO ORDERED,** this the 17th day of December, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE