# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**WILLIE HAMPTON,**                                                   **PETITIONER**

**V.**                       **NO. 2:00CR094-WAP**

**UNITED STATES OF AMERICA,**                               **RESPONDENT**

## ORDER

Presently before the court are Willie Hampton's, a federal inmate, motions in which he has essentially restated arguments from his § 2255 motion. By opinion, this court denied Hampton habeas relief on December 19, 2007. Hampton has now filed various self-styled and procedurally inappropriate motions wherein he is attempting to challenge the court's prior dismissal of this matter.

The court is not persuaded that the prior ruling is incorrect in law or fact. Therefore, Petitioner's motions (docket entries 314 and 315) are DENIED.

THIS the 14th day of January, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE