# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### DELTA DIVISION

**WILLIE HAMPTON,**                                          **PETITIONER**

**V.**                                                                     **NO. 2:00CR094-WAP**

**UNITED STATES OF AMERICA,**                            **RESPONDENT**

## ORDER

Presently before the court are two motions by Petitioner. One is a self-styled motion to correct the record which is related to a motion which has previously been denied. The motion to correct the record (docket entry 324) is DENIED. The second motion is for a stay of the proceedings until his pending motion for retroactive application of the sentencing guidelines to crack cocaine offenses has been resolved. At a later date, the court will determine if Hampton is entitled to benefit from the amended guidelines. Thus, the motion to stay (docket entry 329) is DENIED AS MOOT.

IT IS SO ORDERED.

THIS the 12th day of May, 2008.

                                                   /s/ W. Allen Pepper, Jr.
                                                   W. ALLEN PEPPER, JR.
                                                   UNITED STATES DISTRICT JUDGE