IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**WILLIE HAMPTON** **MOVANT**

**v.** **No. 2:00CR94-SA-DAS**

**UNITED STATES OF AMERICA** **RESPONDENT**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant Motion to Vacate, Set Aside, or Correct Sentence is **DISMISSED** as untimely filed.

The remaining motions are dismissed as moot.

**SO ORDERED**, this, the 15th day of November, 2017.

/s/ Sharion Aycock
**U.S. DISTRICT JUDGE**